UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGNACIO HUERTA ZUNIGA,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondent. | CASE NO. 2:26-cv-02569-JNW<br><br>ORDER |

This matter comes before the Court on Petitioner Ignacio Huerta Zuniga's Petition for a Writ of Habeas Corpus, Dkt. No. 1, and Motion to Appoint Counsel, Dkt. No. 2. Huerta Zuniga proceeds pro se. He is detained at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. Dkt. No. 1. Huerta Zuniga's Petition is essentially blank—it lacks supporting facts, legal claims, and requested relief. The Petition states only that he has been detained at the NWIPC since June 8, 2026, and that he has not yet been issued a removal order. He also provides his immigration case file number. The United States, appearing as an interested non-party, asks the Court to deny the petition because of these deficiencies. Dkt. No. 6.

The Court agrees. Pro se petitions are construed liberally, but Huerta Zuniga must still allege sufficient facts to state a cognizable claim. *Aikins v. Blythe*, No. 26-4432-CV-SK, 2026 WL 2112033, at *1 (C.D. Cal. July 21, 2026). To win a writ, Huerta Zuniga must show that he is in custody in violation of the Constitution, laws, or treaties of the United States. 28 U.S.C. § 2241(c). Here, there are no allegations at all.

Accordingly, the Court orders:

1. The Court DENIES the Petition for a Writ of Habeas Corpus, Dkt. No. 1, WITHOUT PREJUDICE. Within FOURTEEN (14) days of this Order, Petitioner may file an amended petition explaining (1) why he is challenging his detention, (2) the facts that support his petition, and (3) his requested relief. If he does not file an amended petition by that date, the Court will close this case.
2. The Court DENIES WITHOUT PREJUDICE the Motion for Appointment of Counsel, Dkt. No. 2. The Court cannot weigh the strength of claims that have not been made, so the request is premature. Huerta Zuniga may renew it after he files an amended petition.
3. This order does not stay or otherwise restrict Huerta Zuniga's removal. The notice requirements in the Court's prior order, Dkt. No. 4, remain in effect.
4. The Clerk is directed to send a copy of this Order to Petitioner.

Dated this 12th day of August, 2026.

Jamal N. Whitehead
United States District Judge